UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH KELLY HAWTHORNE, JR., | Case No.: 1:13-cv-00876-LJO-BAM PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION REQUESTING COURT TO CHANGE UNKNOWN DEFENDANTS AS UNNECESSARY |
| v. | |
| UNKNOWN, et al., | (ECF No. 24) |
| Defendants. | |

Plaintiff Ralph Kelly Hawthorne ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on January 24, 2013, in the Northern District of California. The action was transferred to this Court on June 11, 2013.

On October 3, 2013, Plaintiff filed a motion requesting that the Court change the unknown defendants in his complaint to C. Wofford, Stephen Hitchman, Robert Chapnick and Meet Bopari. (ECF No. 24.) Plaintiff's request is unnecessary and shall be denied on that basis.

On March 20, 2014, the Court screened Plaintiff's complaint and determined that it failed to state a cognizable claim. Accordingly, the Court dismissed Plaintiff's complaint and granted him leave to file an amended complaint curing the deficiencies identified by the Court within thirty days. (ECF No. 25.) As a result, if Plaintiff elects to amend his complaint, then he may include the names of the previously unknown defendants in any amended complaint.

1

1     For the reason stated, Plaintiff's request for the Court to change the names of the unknown
2 defendants is DENIED.

4 IT IS SO ORDERED.

6    Dated:   **March 20, 2014**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE