UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH KELLY HAWTHORNE, JR., | Case No.: 1:13-cv-00876-LJO-BAM PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF |
| v. | |
| UNKNOWN, et al., | (ECF No. 7) |
| Defendants. | |

### I.     Background

Plaintiff Ralph Kelly Hawthorne ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on January 24, 2013, in the Northern District of California. The action was transferred to this Court on June 11, 2013.

On June 20, 2013, Plaintiff filed a motion requesting a court order mandating that Avenal State Prison properly accept, process, and complete an administrative review of his appeals. (ECF No. 7, pp. 2, 21-22.) Plaintiff asserts that his appeals are unreasonably delayed and improperly screened out by Avenal State Prison administrators. (ECF No. 7.) Plaintiff's request is a form of injunctive relief.

On March 20, 2014, the Court dismissed Plaintiff's complaint for failure to state a claim and granted him leave to amend within thirty days. (ECF No. 25.)

Plaintiff's motion for preliminary injunctive relief is now before the Court for resolution.

1

## II. Discussion

"A preliminary injunction is an extraordinary remedy never awarded as of right." Winter v. Natural Resources Defense Council, Inc., 555 U.S. 7, 24, 129 S.Ct. 365, 376, 172 L.Ed.2d 249 (2008) (citation omitted). "A plaintiff seeking a preliminary injunction must establish that he is likely to succeed on the merits, that he is likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in his favor, and that an injunction is in the public interest." Id. at 20 (citations omitted). An injunction may only be awarded upon a clear showing that the plaintiff is entitled to relief. Id. at 22 (citation omitted).

Federal courts are courts of limited jurisdiction, and as a preliminary matter, the court must have before it an actual case or controversy. City of Los Angeles v. Lyons, 461 U.S. 95, 102, 103 S.Ct. 1660, 1665, 75 L.Ed.2d 675 (1983); Valley Forge Christian Coll. v. Ams. United for Separation of Church and State, Inc., 454 U.S. 464, 471, 102 S.Ct. 752, 757-58, 70 L.Ed.2d 700 (1982). If the court does not have an actual case or controversy before it, it has no power to hear the matter in question. Id. Thus, "[a] federal court may issue an injunction [only] if it has personal jurisdiction over the parties and subject matter jurisdiction over the claim; it may not attempt to determine the rights of persons not before the court." Zepeda v. United States Immigration and Naturalization Serv., 753 F.2d 719, 727 (9th Cir.1985).

As noted above, Plaintiff's complaint failed to state any cognizable claims for relief and has been dismissed with leave to amend. Plaintiff has been granted thirty days to file an amended complaint. (ECF No. 25.) Given the absence of an operative complaint in this action, the Court currently does not have an actual case or controversy before it and does not have jurisdiction over any Avenal State Prison officials. Accordingly, Plaintiff's motion for preliminary injunctive relief shall be denied as moot.[1]

///

---

[1] Even if Plaintiff had stated a cognizable claim in his underlying complaint, his allegations that Avenal State Prison administrators are improperly refusing or denying his grievances are not actionable. As advised in the Court's screening order, Plaintiff does not have a constitutionally protected right to have his appeals accepted or processed. Ramirez v. Galaza, 334 F.3d 850, 860 (9th Cir. 2003); Mann v. Adams, 855 F.2d 639, 640 (9th Cir. 1988). The prison grievance procedure does not confer any substantive rights upon inmates and actions in reviewing appeals cannot serve as a basis for liability under section 1983. Buckley v. Barlow, 997 F.2d 494, 495 (8th Cir. 1993).

2

### III. Conclusion and Order

Based on the above, IT IS HEREBY ORDERED that Plaintiff's motion for preliminary injunctive relief requesting a court order directing Avenal State Prison administrators to process his appeals is DENIED as moot.

IT IS SO ORDERED.

Dated:   **March 20, 2014**             /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE