UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH KELLY HAWTHORNE, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNKNOWN, et al., )<br>)<br>Defendants. )<br>) | Case No.: 1:13-cv-00876-LJO-BAM PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR CONTINUANCE OR DISMISSAL FOR REFILING WHEN RELATED WRIT IS COMPLETE WITHOUT PREJUDICE<br><br>(ECF No. 12) |

Plaintiff Ralph Kelly Hawthorne ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on January 24, 2013, in the Northern District of California. The action was transferred to this Court on June 11, 2013.

On July 3, 2013, Plaintiff filed a document entitled "The Plaintiff Filing Motion for Continuance or Dismissal for Refiling When Related Writ is Complited [sic]." (ECF No. 12.) Although not entirely clear, it appears that Plaintiff is seeking a continuance or dismissal of this matter to allow him to refile the action after the Northern District of California issues a ruling on his writ of prohibition/mandate in Case No. C-13-0330.

The Court has reviewed Plaintiff's moving papers, but declines to dismiss or continue the matter. Plaintiff's action in the Northern District of California, identified as Case No. C 13-0330 SBA

1 (PR), was transferred to this Court on June 10, 2013.  All motions in that action were terminated and
2 there is no writ petition awaiting resolution by the Northern District of California.  (ECF No. 4.)
3 There also are no pending writ petitions in the instant action.  As a result, continuance or dismissal of
4 this case is unnecessary; Plaintiff's motion is DENIED without prejudice.

5 However, the Court notes that, on March 20, 2014, Plaintiff's complaint was dismissed for
6 failure to state a claim and Plaintiff was granted leave to amend within thirty days.  (ECF No. 25.)  If
7 Plaintiff no longer desires to proceed in this action, then he may file a notice of voluntary dismissal
8 pursuant to Federal Rule of Civil Procedure 41(a) in lieu of an amended complaint.

10 IT IS SO ORDERED.

Dated:   **March 21, 2014**                         /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE

2